## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GERONIMO F. ROSADO, Jr.,      :
    *Plaintiff*,             :
                        :
    v.                 :      CIVIL ACTION NO. 19-CV-5068
                        :
PSP. STATE TROOPER       :
BARRACKS, *et al.*,           :
    *Defendants*.          :

## <u>ORDER</u>

AND NOW, this 27th day of January, 2020, upon consideration of Plaintiff Geronimo F. Rosado's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and Complaint (ECF No. 2), it is **ORDERED** that:

1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.    The Complaint is **DEEMED** filed.

3.    The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons in the Court's Memorandum.

4.    Rosado may file an amended complaint within thirty (30) days of the date of this Order in the event that he can state plausible claims that cure the defects noted in the Court's Memorandum. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Rosado's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. Upon the filing

of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

5. The Clerk of Court is **DIRECTED** to send Rosado a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Rosado may use this form to file his amended complaint if he chooses to do so.

6. If Rosado fails to file an amended complaint in accordance with this Order, his case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**