# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERONIMO F. ROSADO, JR., *Plaintiff,* v. MICHAEL P. DUGAN, et al., *Defendants.* | CIVIL ACTION NO. 19-5068 |

**PAPPERT, J.**                                                                                         **January 3, 2022**

## ORDER

AND NOW, this 3rd day of January 2022, upon consideration of Plaintiff Geronimo Rosado's intervention motions (ECF 17, 29) and motion to amend (ECF 30), it is **ORDERED** that the motions are **DENIED**.

BY THE COURT:

 */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1