IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERONIMO F. ROSADO, JR., *Plaintiff,* v. MICHAEL P. DUGAN, et al., *Defendants.* | CIVIL ACTION NO. 19-5068 |

**PAPPERT, J.**                                                                                                   **January 11, 2022**

## ORDER

AND NOW, this 11th day of January 2022, upon consideration of the Motion to Dismiss filed by Defendants Michael Dugan, Reginald Rawls and Codi Simcox (ECF 18) and Plaintiff Geronimo Rosado's Response (ECF 25, 26), it is **ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART**. All Rosado's claims other than his false arrest claim against Dugan and failure to intervene claim against Rawls are dismissed with prejudice.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1